IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LESLIE LEE. | Case No. 1:13-cv-00388-BLW |
| Plaintiff, | |
| | **ORDER** |
| v. | |
| TOWNSEND FARMS, INC., PURELY POMEGRANATE, INC., FALLON TRADING CO., INC., UNITED JUICE CORP., and DOES 4 through 100, | |
| Defendants. | |

IT IS HEREBY ORDERED that the Plaintiff may dismiss her claims against all parties in this case, without prejudice. The Court, however, will not waive costs as Plaintiff requested. Defendants may file a motion for costs and fees for the Court's consideration in accordance with the Federal Rules of Civil Procedure.

DATED: July 21, 2014

B. Lynn Winmill
Chief Judge
United States District Court