IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| LESLIE LEE. | ) | Case No. 1:13-cv-00388-BLW |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | |
| TOWNSEND FARMS, INC., PURELY POMEGRANATE, INC., FALLON TRADING CO., INC., UNITED JUICE CORP., and DOES 4 through 100, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

In accordance with the Order filed concurrently herewith,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Judgment be entered and that this case be DISMISSED IN ITS ENTIRETY



DATED: July 21, 2014

B. Lynn Winmill
Chief Judge
United States District Court